

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America <br><br> Plaintiff, <br> V. <br><br> $19,219.00 in U.S. Currency <br><br> Defendant. | Civil Action No. 17-cv-0499-CAB-RBB <br><br> **DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

It is hereby ordered that the interest of Vern Jones and all potential claimants be ordered condemned and forfeited to the United States. In addition, the defendant is hereby condemned and forfeited to the United States of America pursuant to Title 28, United States Code, Section 1355(a) and Title 21, United States Code, Section 881(a)(6). Judgment shall be entered on the verified complaint in favor of the United States of America.

Date: 11/8/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ J. Gutierrez

J. Gutierrez, Deputy